

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Children of the Kingdom, et al.,

\* From the 350th District Court
  of Taylor County,
  Trial Court No. 12555-D.

Vs. No. 11-22-00198-CV

\* August 3, 2023

Central Appraisal District of Taylor County,

\* Memorandum Opinion by Trotter, J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.